Joel E. Tasca
Nevada Bar No. 14124
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 N. City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone:  (702) 471-7000
Facsimile:   (702) 471-7070
Email:  tasca@ballardspahr.com
Email:  sempers@ballardspahr.com
*Attorneys for Defendant*
*S&S Fuels Management, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM THOMAS; WILLIAM THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>MANAGED PAY d/b/a 7-Eleven; S&S FUELS; DOE DEFNDANTS 1 through X, inclusive; ROE DEFENDANTS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02789-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Kim and William Thomas, defendant S&S Fuels Management, LLC, incorrectly named as S&S Fuels, and defendant ManagedPAY hereby stipulate and agree that the above-captioned matter should be dismissed with prejudice against all defendants, with each party to bear its own attorneys' fees and costs incurred herein.

/ / /

/ / /

/ / /

DMWEST #16156268 v2

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF TELIA U. WILLIAMS |
| /s/ Sylvia O. Semper<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorney for Defendant*<br>*S&S Fuels Management, LLC* | /s/ Telia U. William<br>Telia U. William<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: 702-835-6866<br>telia@telialaw.com<br><br>*Attorney for Plaintiffs* |

FISHER & PHILLIPS LLP

/s/ Whitney J. Selert
Whitney J. Selert
Nevada Bar No. 5492
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101

*Attorney for Defendant*
*Managed Business Services, Inc.*
*dba ManagedPAY*

## ORDER

IT IS SO ORDERED March 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

DMWEST #16156268 v2                   2